**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY EUGENE SASSER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CRAIG KOENIG, Warden, et al.,<br><br>　　　　　　Respondents. | Case No. CV 21-1396 JGB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

\\

\\

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 22, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE