O

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY EUGENE SASSER,<br><br>            Petitioner,<br><br>    v.<br><br>CRAIG KOENIG, Warden, et al.,<br><br>            Respondents. | Case No. CV 21-1396 JGB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: December 22, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE